US DISTRICT COURT INDEX SHEET

















CSG

3:94-CR-499 USA V. SIEGEL

*36*

*CRMO*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. IRMA E. GONZALEZ          DEPUTY CLERK: L. FUCHIGAMI          REPORTER: E. CESENA

---

94CR0499-IEG     USA     v.     LAWRENCE SIEGEL                              (C)

SENTENCE OSC RE REVOCATION OF SUPERVISED RELEASE

                WILLIAM HINES (RETNED)

                AUSA: RICHARD CHENG

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**COURT ORDERS SUPERVISED RELEASE REVOKED**
**COMMITTED CUSTODY OF BUREAU OF PRISONS 6 MONTHS** each count concurrently
**TO RUN CONSECUTIVELY WITH CASE: 95CR1187-B AND 96CR0763-K**

DATE: 5-10-99

                                      Deputy